JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HERNANDEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-12-05543-DSF (JCx)<br><br>**JUDGMENT** |

Pursuant to the stipulation of the parties,

IT IS ORDERED AND ADJUDGED that plaintiff Alan Hernandez take nothing on the claims for relief asserted in his Class Action Complaint and that judgment be entered in favor of defendant Chipotle Mexican Grill, Inc. Each party is to bear his/its own attorneys' fees, costs, and expenses.

DATED: 6/23/14

Dale S. Fischer
United States District Judge

- 1 -